Argued November 5, affirmed November 12, 1964

# STATE OF OREGON *v.* POIERIER
### 396 P. 2d 576

*Adelbert G. Clostermann,* Portland, argued the cause and filed a brief for appellant.

*John D. Burns,* Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before McAllister, Chief Justice, and Rossman, Sloan, Goodwin and Lusk, Justices.

PER CURIAM.

The defendant was convicted by a jury of the crime of assault and robbery being armed with a dangerous weapon, was sentenced to imprisonment in the penitentiary for a term not exceeding fifteen years, and appeals. Defendant's brief contains two assignments of error, both of which are concerned with the weight of the evidence and raise no questions of law for this court. The findings of the jury on the questions of fact are binding on us.

The judgment is affirmed.